UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL D. CROOKS,

    Plaintiff,

v.

    Civil Action 2:15-cv-2234
    Chief Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth P. Deavers

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, *et al.*,

    Defendants.

## ORDER

Plaintiff, Michael D. Crooks, brought this action in state court against State Farm Mutual Automobile Insurance Company and Allstate Property and Casualty Insurance Company (collectively "Defendants"), asserting a number of state-law claims. Defendants removed the action to this Court on the basis of diversity jurisdiction. This matter is before the Court for consideration of the December 14, 2015 Report and Recommendation of the United States Magistrate Judge. (ECF No. 27.)

In the Report and Recommendation, the Magistrate Judge recommends denial of Plaintiff's Motion for Remand based upon her conclusion that Defendants satisfied their burden of establishing that it is more likely than not that the amount in controversy exceeds $75,000. The Report and Recommendation specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the

District Court." (Report and Recommendation 8–9, ECF No. 27.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Report and Recommendation (ECF No. 27) is **ADOPTED**, and Plaintiff's Motion for Remand (ECF No. 24) is **DENIED**.

**IT IS SO ORDERED.**

2-17-2016
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT CHIEF JUDGE**